IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  

GUILLERMO L. DIAZ
NURIA ASTRID DIAZ

DEBTORS
_____/

Case No. 8:11-bk-18110-CPM
Chapter 13

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the AMENDED PLAN has been furnished electronically and/or via regular mail to all creditors on the attached mailing matrix on the __13th__ of July, 2012.

/s/ Thomas A. Nanna
_____
THOMAS A. NANNA, ESQ
FLA. BAR NO. 45543
8910 N. DALE MABRY HWY., SUITE 1
TAMPA, FL 33614
PHONE (813) 935-8388

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
AMENDED CHAPTER 13 PLAN

Debtor(s) GUILLERMO L. DIAZ            Case No: 8:11-bk-18110-CPM
NURIA ASTRID DIAZ

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under the plan:

A.   $ 300.00   for months 1 – 60; in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $3,850.00 TOTAL PAID $656.00**

**Balance Due $3,194.00**            Payable Through Plan $80.00 Monthly

**3. PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| Name of Creditor | Total Claim |
|---|---|
| None | |

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Payment in Plan |
|---|---|---|
| None | | |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| None | | | |

---

[1] All references to "Debtor" includes and refers to both of the debtors in a case filed jointly by two individuals.

(B) **Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|
| None | | | |

(C) **Claims Secured by Real Property/Debtors Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| None | | |

(D) **Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest Rate | % |
|---|---|---|---|---|---|
| Chase Auto Finance | Acura TXS | $ 127.00 | $6608.00 | $7383.00 | 5.25% |

(E) **Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Value | Int. Rate | % |
|---|---|---|---|---|---|
| None | | | | | |

(F) **Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Arrearages |
|---|---|---|---|
| None | | | |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| None | |

(H)  **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| WELLS FARGO | 13815 OGAKOR DRIVE |
| SOUTH FORK HOA | 13815 OGAKOR DRIVE |
| HSBC/Capital One | Electronics |

**SECURED – LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| None | | |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject and Surrender | Estimated Arrears |
|---|---|---|---|
| None | | | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $3,000.00

**OTHER PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provision: None

/s/ GUILLERMO L. DIAZ
GUILLERMO DIAZ
Dated: 06-18-12

/s/ NURIA ASTRID DIAZ
NURIA ASTRID DIAZ
Dated: 06-18-12

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-18110-CPM<br>Middle District of Florida<br>Tampa<br>Fri Jul 13 14:57:59 EDT 2012 | Candica LLC<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVE., STE 400<br>SEATTLE, WA 98121-3132 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | JPMorgan Chase Bank, N.A.<br>Dennis LeVine & Associates, P. A.<br>c/o Alison V. Walters, Esq.<br>PO Box 707<br>Tampa, FL 33601-0707 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 | Bac/Fleet-Bkcard<br>200 Tournament Dr<br>Horsham PA 19044-3606 | Bank of America<br>PO Box 25118<br>Tampa FL 33622-5118 |
| Beneficial/Hfc<br>Po Box 3425<br>Buffalo NY 14240-3425 | Best Buy<br>4340 S. Monaco<br>Second Floor<br>Denver CO 80237-3485 | Candica, L.L.C.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| Capio Partners LLC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Capital One<br>3939 John Carpenter Freeway<br>Irving TX 75063-2909 | Capital One, N.A<br>c/o Bass & Associates,:<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| Cbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | Cbusasears<br>133200 Smith Rd<br>Cleveland OH 44130 | Chase<br>PO Box 15291<br>Wilmington DE 19886-5291 |
| Chase Auto Finance<br>PO Box 78050<br>Phoenix AZ 85062-8050 | Chase Auto Finance<br>PO Box 901065<br>Ft Worth, TX 76101-2065 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Cit Bk/Dfs<br>12234 N Ih 35 Sb,Bldg B<br>Austin TX 78753-1705 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Doug Belden<br>601 E. Kennedy Blvd.<br>Tampa FL 33602-4156 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Fia Csna<br>Po Box 17054<br>Wilmington DE 19850-7054 | First Federal Svgs Bk/<br>One First Federal Park<br>Swansea MA 02777 | Fncl Corp Of America<br>12515 Research Blvd S-10<br>Austin TX 78759-2247 |

| | | |
|---|---|---|
| Gemb/Amer Eagle<br>Po Box 103024<br>Roswell GA 30076 | Gemb/Sams Club<br>Po Box 981400<br>El Paso TX 79998-1400 | Hsbc Bank<br>Po Box 5253<br>Carol Stream IL 60197-5253 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank, N.A.<br>P.O. Box 901032<br>Ft. Worth, TX 76101-2032 |
| Kohls/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-7096 | Robert Tankel<br>1022 Main St.<br>Ste. D<br>Dunedin FL 34698-5237 | Sams Club<br>PO Box 530942<br>Atlanta GA 30353-0942 |
| Sears<br>PO Box 6189<br>Sioux Falls SD 57117-6189 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls SD 57117-6189 | South Fork of Hills HOA<br>c/o Robert L. Tankel<br>1022 Main St<br>Ste. D<br>Dunedin FL 34698-5237 |
| South Fork of Hillsborough Homeowners As<br>c/o Robert L Tankel PA<br>1022 Main St Ste D<br>Dunedin, FL 34698-5237 | Target Nb<br>Po Box 673<br>Minneapolis MN 55440-0673 | Wells Fargo<br>PO Box 660455<br>Dallas TX 75266-0455 |
| Wfnnb/American Signatu<br>4590 E Broad St<br>Columbus OH 43213-1301 | Wfnnb/Justice<br>555 W 112 Ave<br>Northglenn CO 80234-3022 | Guillermo L Diaz<br>13815 Ogakor Drive<br>Riverview, FL 33579-2305 |
| Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 | Nuria Astrid Diaz<br>13815 Ogakor Drive<br>Riverview, FL 33579-2305 | Thomas A Nanna<br>Thomas A Nanna PA<br>8910 N Dale Mabry Hwy<br>Suite 1<br>Tampa, FL 33614-1580 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC.<br>POB 41067<br>Norfolk, VA 23541 | Dell<br>PO Box 81577<br>Austin TX 78708 | Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington DE 19850 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | (d)Webbank/Dfs<br>1 Dell Way<br>Round Rock TX 78682 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gdyr/Cbna | (d)HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | End of Label Matrix<br>Mailable recipients   50<br>Bypassed recipients    2<br>Total                 52 |